IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPH K. LaDUE and SHELLEY J. LaDUE, co-administrators of the ESTATE of CHRISTOPH K. LaDUE, JR., | |
| Plaintiffs, | Civ. No. 1:14-cv-01421-CL |
| v. | ORDER |
| CITY OF TALENT, et al., | |
| Defendants. | |

MCSHANE, Judge:

Magistrate Judge Mark Clarke filed a Findings and Recommendation (ECF No. 229), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 229) is adopted. Defendant Lindsey Nichole Painter's motion for summary judgment (ECF No. 214) is DENIED.

IT IS SO ORDERED.

DATED this 18th day of January, 2017.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

1 – ORDER