David D. Park, OSB #803358
ELLIOTT & PARK, P.C.
Abernethy House
324 S. Abernethy Street
Portland, Oregon  97239-8529
Telephone:    (503) 227-1690
Facsimile:    (503) 274-8384
E-mail:  dave@elliott-park.com

    Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPH K. LaDUE and SHELLEY J. LaDUE, co-administrators of the ESTATE OF CHRISTOPH KARL LaDUE, JR., <br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF TALENT, ET AL.,<br>    Defendants. | Civil Case No.  1:14-cv-01421-MC <br><br><br><br>**SATISFACTION OF JUDGMENT** |

KNOW ALL MEN BY THESE PRESENTS:

That Christoph K. LaDue and Shelley J. LaDue, co-administrators of the Estate of Christoph Karl LaDue, Jr. (hereinafter "Plaintiffs"), do hereby acknowledge full and final satisfaction of that certain Consent Judgment Against Defendants ZIW, LLC, Charles Burton Ritchie and Benjamin Galecki (hereinafter the "Consent Judgment") rendered by this Court in the above-styled cause on July 12, 2018, and recorded in the

1 -   **SATISFACTION OF JUDGMENT**

ELLIOTT & PARK, P.C.
Attorneys at Law
Abernethy House
324 S. Abernethy Street
Portland, Oregon  97239-8529
(503) 227-1690
Fax: (503) 274-8384

Official Records of Escambia County, Florida, in Book 7941, Page 393, and in Book 7941, Page 614.  Plaintiffs hereby acknowledge that said Consent Judgment has been paid in full, and Plaintiffs hereby cancel, satisfy and discharge said Consent Judgment.  The clerk of court is hereby authorized and directed to note the full and complete satisfaction and cancellation of said Consent Judgment.

DATED this 5th day of November, 2020.

> *s/* David D. Park
> David D. Park, OSB #803358
> ELLIOTT & PARK, P.C.
> 324 S. Abernethy Street
> Portland, OR  97239-8529
> Telephone: (503) 227-1690
> E-mail:  dave@elliott-park.com
>
> Attorney for Plaintiffs and Co-Administrators
> Christoph K. LaDue and Shelley J. LaDue

2 -   **SATISFACTION OF JUDGMENT**

ELLIOTT & PARK, P.C.
Attorneys at Law
Abernethy House
324 S. Abernethy Street
Portland, Oregon  97239-8529
(503) 227-1690
Fax: (503) 274-8384